IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **ALMONDNET, INC., INTENT IQ, LLC,** | § § § | |
| *Plaintiff,* | § § | 6:22-CV-01204-ADA-DTG |
| v. | § § § | |
| **AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON WEB SERVICES, INC.,** | § § § § | |
| *Defendant.* | | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 35. The report recommends that this Court grant Parties' Stipulation of Dismissal (ECF No. 34). The report and recommendation was filed on May 11, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 35) is **ADOPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** the parties shall bear their own attorney's fees and costs with respect to this action. The Clerk of Court is **DIRECTED** to close this case.

**SIGNED** this 1st day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE